✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 7:14-CR-00048-005 (HL) |
| **LATARIS WATERS** | |

Lataris Waters was sentenced to 60 months in Bureau of Prisons custody and 48 months of supervised release on February 25, 2016, after pleading guilty to the offense of Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base. Waters has complied with all conditions of supervision. She has maintained suitable housing and employment. She has had no new arrests/convictions. There is neither identifiable risk to a particular victim/individual nor risk to public safety. The special assessment has been satisfied. It is accordingly recommended that Waters be discharged from supervision.

Respectfully submitted,

*/s/ William J. Lee*

William J. Lee
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19th day of October, 2021.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE